UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**Darryl Prude dba**
  **Jacqueline's Distributors**
       Plaintiff,

Case No. **07-13472**

v.

Judge: **Nancy G. Edmunds**

**McBride Research Laboratories, Inc.**
       Defendant.
_____/

## NOTICE OF CORRECTION

Docket entry number **# 1** filed **8/17/07** has been modified. The explanation for the correction is stated below.

| | |
|---|---|
| | The docket entry was made on the wrong case. |
| X | The corresponding document image was partially duplicated. |
| | The wrong document image was associated. |
| | The wrong judicial officer was listed on the case docket. |
| | The filer information was inaccurate or omitted from the docket text. |
| | The judicial officer information was inaccurate or omitted from the docket text. |
| | The docket text was changed. |
| | Other:. |

If you need further clarification or assistance, please contact **Debbie Tyler** at **313-234-5010**

DAVID J. WEAVER, CLERK OF COURT

s/Debbie Tyler
Deputy Clerk

Date: **August 20, 2007**