

2272 Park Central Blvd
Decatur Georgia 30035
Phone 800-535-8683   Fax 770-981-2067

# INVOICE

INVOICE #01
AUGUST 29, 2006

TO:
**Jacqueline's Distributors**

SHIP TO:

| SALESPERSON | P.O. NUMBER | REQUISITIONER | SHIPPED VIA | F.O.B. POINT | TERMS |
|---|---|---|---|---|---|
|  |  |  |  |  | Due on receipt |

| QUANTITY | DESCRIPTION | UNIT PRICE | TOTAL |
|---|---|---|---|
|  | Design Essentials Educational Extravaganza |  | $518.00 |

|  |  |
|---|---|
| SUBTOTAL |  |
| SALES TAX |  |
| SHIPPING & HANDLING |  |
| TOTAL DUE | $518.00 |

Make all checks payable to McBride Research Labs
If you have any questions concerning this invoice, contact Timika Jones, ext. 214,
Email address:tjones@mcbrideresearchlabs.com

**Thank you for your business!**

# Design Essentials® 2004 Educational Retreat

| | | | |
|---|---|---|---|
| Pricing | Early Bird $425 Full payment due by March 30st 2004 5pm | Regular Price $475 Full payment due by June 1st 2004 | Classes only; hotel and lunch are not included in cost |
| Location Las Vegas Nevada | Aladdin Resort & Casino 3667 South Las Vegas Blvd (877) 333-9474 | Hotel accommodations and travel are not included in the cost | Rates $139 per night Book by August 26th |
| Dates | Sept 25-28, 2004 | Saturday 7pm | Tuesday 1:30pm |
| September 25th | Saturday | Registration 2-6pm | Welcome Reception 7-9pm |
| September 26th | Sunday | | |
| 9am-12noon 1:30pm-4:30pm | Pivot Point MRL Cut Weave | Hands On Classes | |
| September 27th | Monday | | |
| 9am-12noon | Pivot Point MRL Cut Weave | Hands On Classes | |
| 1:30-3:30pm | Natural Hair Color Demo Business | Demonstration Classes | |
| September 28th | Tuesday | | |
| 9am-11am 11:30am-1:30pm | Natural Hair Color Demo Business | Demonstration Classes | |
| Cancellation Fees | $50 until June 1st | No refunds after June 1st | |
| Commissions | Early Bird 5% | New Customers 10% | Technicians receive a 10% discount and are not commissionable |
| Distributor Requirement | Each active distributor is responsible for a minimum of 2 attendees | Any distributor not meeting the minimum requirement will be invoiced | |

